Steven D. Jerome (#018420)
Jill H. Perrella (#026270)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: sjerome@swlaw.com
jperrella@swlaw.com
Attorneys for Ford Motor Credit Company LLC

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re:<br><br>TATE'S AUTO CENTER OF GALLUP, INC.,<br><br>Debtor. | Chapter 11 Proceedings<br><br>Case No. 2:19-bk-02493-BMW<br><br>**NOTICE OF NON-CONSENT TO USE OF CASH COLLATERAL** |

**NOTICE IS HEREBY GIVEN** that pursuant to 11 U.S.C. §§ 363(c)(2) and 552(b), Ford Motor Credit Company LLC ("Lender" or "FMCC") does not consent to the use of its cash collateral. This non-consent extends to the use of rents, income, or proceeds from the collateral securing Lender's loans to Tate's Auto Center of Gallup, Inc., (the "Debtor" or "Tate Gallup") or use of previously collected rents, income, or proceeds from the collateral in the possession of the Debtor or a third party. FMCC demands that Debtor immediately segregate and preserve any and all cash collateral in which FMCC asserts an interest in. FMCC further expressly reserves any and all of its rights and claims. Lender bases its security interest in the cash collateral on the following:

. . .

. . .

. . .

. . .

. . .

4834-7360-3466

1. FMCC began its lending relationship with Tate Gallup and affiliated entities Tate Ford-Lincoln-Mercury, Inc. ("Tate Holbrook"), Tate's Auto Center of Winslow, Inc. ("Tate Winslow"), and Tate's Automotive, Inc. ("Tate Show Low") (collectively, the "Tate Dealers" or "Debtors")[1] in 1984.

2. Since that time, FMCC has provided various types of financing to the Tate Dealers, including wholesale floorplan financing, a mortgage loan, and a revolving line of credit ("RLOC").

4. The Tate Dealers currently operate four automobile dealerships, three located in Arizona and one located in New Mexico, which is Tate Gallup's dealership.

5. Tate Gallup entered into, among other things, an Automotive Wholesale Plan Application for Wholesale Financing and Security Agreement ("Tate Gallup Wholesale Agreement") with FMCC dated June 22, 2012, pursuant to which FMCC extended a wholesale line of credit to Tate Gallup to finance its acquisition of new and used motor vehicles.

6. Under the Tate Gallup Wholesale Agreement, Debtor granted FMCC a security interest in certain property, including but not limited to, new and used vehicles acquired by the dealership, the proceeds of the same, and certain accounts receivable of the dealership ("Vehicle Collateral").

7. Debtor also entered into a Security Agreement with FMCC (the "Tate Gallup Security Agreement") dated June 22, 2012, in which Debtor further granted FMCC a security interest in, among other collateral, Debtor's vehicle inventory and furniture, fixtures and equipment ("FF&E Collateral").

8. Collectively, the collateral subject to the Tate Gallup Wholesale Agreement and the collateral subject to the Tate Gallup Security Agreement constitutes the "Collateral."

---

[1] Tate Winslow, Tate Holbrook and Tate Show Low also filed Chapter 11 petitions for relief on or about March 8, 2019, initiating Case Nos. 2:19-bk-02524-PS, 2:19-bk-02527-DPC, and 2:19-bk-02523-PS, respectively. FMCC reserves all rights to seek stay relief or other affirmative relief in those cases.

9. FMCC's liens on the Collateral were perfected by, among other things, a UCC-1 financing statement filed on June 28, 2012 at file 20120012289J with the New Mexico Secretary of State, and thereafter continued from time to time as provided by New Mexico law.

10. FMCC hereby notifies the Debtor that it has not consented and does not consent to the use of any of the rents, issues, profits, or income produced by the Collateral for any purpose whatsoever.

11. FMCC further notifies Debtor that it does not consent to the use of its cash collateral by Debtor.

12. FMCC hereby notifies the Debtor that it is required to fully comply with 11 U.S.C. § 363(c), including without limitation, the requirement that Debtor segregate and account for all of FMCC's cash collateral which comes into the Debtor's possession or control from and after the filing of the Chapter 11 petition herein.

RESPECTFULLY SUBMITTED this 13th day of March, 2019.

SNELL & WILMER L.L.P.

By: /s/ *Steven D. Jerome*
Steven D. Jerome
Jill H. Perrella
One Arizona Center
400 E. Van Buren St., Ste. 1900
Phoenix, AZ 85004-2202
Attorneys for Ford Motor Credit Company LLC

COPY of the foregoing mailed or emailed this 13th day of March, 2019, to:

Tate's Auto Center of Gallup, Inc.
1151 N. Automall Parkway
Show Low, AZ 85901

Bryan A. Albue
Sherman & Howard
201 East Washington Street, Suite 800
Phoenix, AZ 85004-2327
balbue@shermanhoward.com

4834-7360-3466

Anthony W. Austin
Fennemore Craig
2394 E. Camelback Rd., Ste. 600
Phoenix, AZ 85016-3429
aaustin@fclaw.com

Renee Sandler Shamblin
Office of the U.S. Trustee
230 N. First Ave., Ste. 204
Phoenix, AZ 85003
Renee.S.Shamblin@usdoj.gov


/s/ *Paula Shanahan*