# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>TATE'S AUTO CENTER OF GALLUP, INC.<br>TATE'S AUTOMOTIVE, INC.<br>TATE'S AUTO CENTER OF WINSLOW, INC.<br>TATE FORD-LINCOLN-MERCURY, INC.,<br>       Debtors. | Chapter 11 Proceedings<br><br>Case No. 2:19-bk-02493-BMW<br><br>Case No(s). 2:19-bk-02523-PS<br>      2:19-bk-02524-PS<br>      2:19-bk-02527-DPC<br><br>**ORDER AUTHORIZING AND DIRECTING TRANSFER OF CASES, JOINT ADMINISTRATION AND USE OF JOINT ADMINISTRATION CAPTION** |

  Tate's Auto Center of Gallup, Inc., as the lead debtor and debtor-in-possession in the above-captioned case, has filed a *Motion for Joint Administration* (the "Motion") (Case No. 2:19-bk-02493-BMW), in which it asks the Court to jointly administer the above-captioned cases. Based upon the Motion and for good cause appearing;

  **IT IS HEREBY ORDERED** as follows:

  1. The Motion is granted.

  2. The bankruptcy cases of the Debtors and Debtors-in-Possession are transferred to the Honorable Brenda Moody Whinery and jointly administered under the lead bankruptcy case of Tate's Auto Center of Gallup, Inc., Case No. 2:19-bk-02493-BMW (the "Lead Case").

/ / /

/ / /

3. The following caption shall be used in all filings in these jointly administered cases:

| In re: | Chapter 11 Proceedings |
|---|---|
| ☐ TATE'S AUTO CENTER OF GALLUP, INC.<br>☐ TATE'S AUTOMOTIVE, INC.<br>☐ TATE'S AUTO CENTER OF WINSLOW, INC.<br>☐ TATE FORD-LINCOLN-MERCURY, INC.<br>　　　　　　　Debtors. | Case No. 2:19-bk-02493-BMW<br><br>Case No(s). 2:19-bk-02523-BMW<br>　　　　　　2:19-bk-02524-BMW<br>　　　　　　2:19-bk-02527-BMW<br><br>(Jointly Administered) |
| This Filing Applies to:<br>☐ All Debtors<br>☐ Specified Debtor(s) | **[CAPTION TITLE]** |

4. All pleadings and motions are to be filed in the Lead Case, except that a) all proofs of claim and proofs of interest shall be filed in the case in which such claims and interests are asserted and the Clerk will maintain separate registers of such claims and interests; and b) all schedules and statements and monthly operating reports shall be filed in each respective case.

5. The Clerk of the Court is directed to enter this Order in all of the above-captioned cases.

6. The Debtors shall provide notice of entry of this Order to all creditors and parties in interest, with an opportunity to object, pursuant to Fed. R. Bankr. P. 2002 and shall file a certificate of service evidencing such.

7. Unless an objection to the entry of this Order is timely filed, this Order shall become final.

**DATED AND SIGNED ABOVE.**